```
 1  CHRISTOPHER E. PLATTEN - 111971
    CAROL L. KOENIG – 162037
 2  WYLIE, McBRIDE, PLATTEN & RENNER
    2125 Canoas Garden Avenue, Suite 120
 3  San Jose, California 95125
    Telephone:  (408) 979-2920
 4  Facsimile:  (408) 979-2934
    ckoenig@wmprlaw.com
 5
    Attorneys for Plaintiffs
 6

 7  LORI E. PEGG, Acting County Counsel, SBN 129073
    CHERYL A. STEVENS, Deputy County Counsel, SBN 146397
 8  NANCY CLARK, Deputy County Counsel, SBN 157839
    OFFICE OF THE COUNTY COUNSEL
 9  70 West Hedding Street East Wing Ninth Floor
    San Jose, CA 95110-1770
10  Telephone:  (408) 299-5900
    Facsimile:  (408) 292-7240
11
    Attorney for Defendant
12
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DAVIS, EDWARD GALETTI, and JAMES JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant. | Case No. CV-12-02559 JSW<br><br>STIPULATION TO FILE AMENDED COMPLAINT AND [PROPOSED] ORDER |

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that plaintiff may file an amended complaint, a copy of which is attached hereto.

It is further stipulated that the defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the

1

STIPULATION TO FILE AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 12 CV 02559

1  original complaint shall be responsive to the amended complaint.

Dated: October 9, 2012          WYLIE, McBRIDE, PLATTEN & RENNER

By: _____
    Carol Koenig
    Attorneys for Plaintiffs

Dated: October 8, 2012          SANTA CLARA COUNTY COUNSEL

By: _____
    Nancy Clark
    Attorney for Defendant

### ORDER

IT IS HEREBY ORDERED that Plaintiff may file an Amended Complaint.

IT IS FURTHERED ORDERED that defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

Dated: October 10, 2012         _____
                                Jeffrey S. White

I:\0078\72191\pnd\stip to file first amended complaint.doc