CHRISTOPHER E. PLATTEN - 111971
CAROL L. KOENIG – 162037
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone:  (408) 979-2920
Facsimile:   (408) 979-2934
ckoenig@wmprlaw.com

Attorneys for Plaintiffs

LORI E. PEGG, Acting County Counsel, SBN 129073
CHERYL A. STEVENS, Deputy County Counsel, SBN 146397
NANCY CLARK, Deputy County Counsel, SBN 157839
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street East Wing Ninth Floor
San Jose, CA 95110-1770
Telephone:  (408) 299-5900
Facsimile:   (408) 292-7240

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DAVIS, EDWARD GALETTI, and JAMES JONES<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | Case No. CV-12-02559 JSW<br><br>**STIPULATION TO FILE AMENDED COMPLAINT AND [PROPOSED] ORDER** |

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that plaintiff may file an amended complaint, a copy of which is attached hereto.

It is further stipulated that the defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the

1  original complaint shall be responsive to the amended complaint.

Dated: October 9, 2012      WYLIE, McBRIDE, PLATTEN & RENNER

By: _____
    Carol Koenig
    Attorneys for Plaintiffs

Dated: October 8, 2012      SANTA CLARA COUNTY COUNSEL

By: _____
    Nancy Clark
    Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that Plaintiff may file an Amended Complaint.

IT IS FURTHERED ORDERED that defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

Dated: October 10, 2012     _____
                            Jeffrey S. White

I:\0078\72191\pnd\stip to file first amended complaint.doc