CHRISTOPHER E. PLATTEN - 111971
CAROL L. KOENIG – 162037
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934
ckoenig@wmprlaw.com

Attorneys for Plaintiffs
DARYL DAVIS, EDWARD GALETTI,
JAMES JONES, PAUL ANTHONY VALDEZ,
MARIO HOLGUIN, PAUL A. McDONNELL
and CECELIA WELLS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DAVIS, EDWARD GALETTI, JAMES JONES, PAUL ANTHONY VALDEZ, MARIO HOLGUIN, PAUL A. McDONNELL and CECELIA WELLS<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | Case No. CV-12-02559 JSW<br><br>STIPULATION FOR JUDGMENT AND (PROPOSED) ORDER AND JUDGMENT[1] OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT AND GENERAL RELEASE |

It is hereby stipulated by and between the parties that further pursuit of this action would not be of benefit to either party, and that the parties have reached a fair Settlement Agreement and General Release that is in the best interests of all parties concerned. The parties therefore request that the Court issue the proposed Order dismissing the action with prejudice in its entirety

DATED: December 6, 2012       COUNTY OF SANTA CLARA

By _/s/_ _____

---

[1] This disposition is not appropriate for publication and may not be cited.

STIPULATION FOR JUDGMENT AND ORDER OF JUDGMENT WITH DISMISSAL; Case No. 12 CV 02559 JSW

1

|   |   |
|---|---|
| | LORI J. PEGG, Acting |
| | NANCY J. CLARK, Acting Lead Deputy |
| | County Counsel |
| | Attorneys for Defendant |

DATED: December 10, 2012     WYLIE McBRIDE PLATTEN & RENNER

By _____
CAROL L. KOENIG
Attorneys for Plaintiffs

## ORDER AND JUDGMENT[2] OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT AND GENERAL RELEASE

Counsel for the parties in the above-entitled action have advised the Court that the parties have entered into a Settlement Agreement and General Release.[3] In so doing, the parties have agreed that further pursuit of this action would not be of benefit to either party and that entering into the Settlement Agreement and General Release is in the best interests of all parties concerned. The Court has read and considered the pleadings, the joint status reports of the parties, and the Settlement Agreement and General Release, and has independently evaluated the appropriateness and fairness of the proposed settlement as required by *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982.) The Court finds and concludes that there are bonafide disputes between the parties with respect to Plaintiff's claims for back pay, liquidated damages and attorney's fees, as well as the applicable statute of limitations, and that the Settlement Agreement and General Release represents a fair compromise of such disputes.

Accordingly, the Court hereby ORDERS that the above-entitled action be dismissed

---

[2] This disposition is not appropriate for publication and may not be cited.
[3] Copy attached as Exhibit 1.

with prejudice in its entirety

Dated in San Francisco, California, on this 11th day of December, 2012.

_____
THE HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT COURT JUDGE

I:\0078\72191\pnd\stipulation for judgment and o`rder.doc